Date of Arrest: **07/15**

# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
v.
Diego MARQUEZ-Toscano
Citizen of Mexico
YOB:1984
209799056
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: **22-2174MJ**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about February 11, 2017, Defendant Diego MARQUEZ-Toscano, an alien, was removed from the United States to Mexico through the port of Calexico, California, in pursuance of law, and thereafter on or about July 15, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about July 15, 2022, near San Luis, Arizona in the District of Arizona, Defendant Diego MARQUEZ-Toscano, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.  [X] Yes   [ ] No

Reviewed by AUSA Abbie Marsh for AUSA John Ballos

Signature of Complainant
Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

July 18, 2022   at   Yuma, Arizona
Date                  City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:            Diego MARQUEZ-Toscano

Dependents:           None

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through Calexico, California on February 11, 2017.

## CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 02/10/2017 | Casa Grande, Arizona | Illegal Entry | Ordered Removed from the US (ER) (Agency) |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Casa Grande, Arizona on or about February 10, 2017.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on July 15, 2022.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Richard Hiller, Rickey Whitney.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Patrick Tafoya.

Charges:

        8 USC 1326(a)        (Felony)
        8 USC 1325(a)(1)     (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

July 18, 2022
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

I, Border Patrol Agent Anastasiya Katekhina, declare under penalty of perjury, the following is true and correct:

Defendant: **Diego MARQUEZ-Toscano**

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| | | | |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Casa Grande, Arizona on or about February 10, 2017.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on July 15, 2022.

Executed on: _July 16, 2022_          Time: _07:53 AM MST_

Signed: _Anastasiya Katekhina, Border Patrol Agent_